UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALBERT PETERS,

        Plaintiff,

– against –

HARLEM RESTORATION PROJECT, INC. and RICKY JONES,

        Defendants.

**ORDER**

24-cv-2196 (ER)

Ramos, D.J.:

    Court-ordered mediation in this case was held and agreement was reached on all issues.

Doc. 12. The parties are directed to submit their settlement agreement for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015) by October 2, 2024.

    It is SO ORDERED.

Dated:   September 25, 2024
             New York, New York

                                                  Edgardo Ramos, U.S.D.J.