

**MEMO ENDORSED**

4242 MERRICK ROAD, MASSAPEQUA, NEW YORK 11758

ATTORNEYS

JUSTIN M. REILLY, ESQ.
KEITH E. WILLIAMS, ESQ.
VICTORIA SPAGNOLO, ESQ.

**Via: SDNY ECF**

Honorable Judge Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, New York 10007

PARALEGALS

ROSA COLLINS
CATALINA ROMAN

November 4, 2024

> The parties' request for an extension of time to submit the settlement agreement for approval, until November 18, 2024, is granted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: November 4, 2024
> New York, New York

      Re: *Peters v. Harlem Restoration Project, Inc., et al.*; 24-cv-02196 (ER)

Dear Hon. Judge Ramos,

      My office represents Plaintiff in the above-referenced FLSA action. I write jointly with counsel for the Defendants to respectfully request an extension of time, until November 18, 2024, to finalize and submit the parties' settlement agreement and joint motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). This is the Parties' second request.

      We remain available should Your Honor require any additional information concerning this request.

      We thank the Court for its time and consideration.

                                      Respectfully submitted,

                                      Victoria Spagnolo, Esq.

cc: all counsel of record via ECF and email.

PHONE: 516.228.5100    FAX: 516.228.5106    INFO@NHGLAW.COM
WWW.NHGLAW.COM    WWW.NEWYORKOVERTIMELAW.COM